157 A.3d 857

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. GAIL HORTON, DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000873–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 858

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JAMES P. CURLEY, DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002606–11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.